No. 68151.—Balfour Guthrie & Co., Ltd. *v.* United States, protest 60/29411 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), and the record showing that the merchandise consists of nylon gloves similar in use to silk gloves, knit or crocheted, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 5, 1963

No. 68152.—Thor Utilities Corp. et al. *v.* United States, protests 60/13278, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.

No. 68153.—Buegeleisen & Jacobson, Inc., et al. *v.* United States, protests 60/17075, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 5, 1963

No. 68154.—Goldie Enterprises et al. *v.* United States, protests 62/19821, etc. (Los Angeles).